IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No.  4:23-MJ-311<br><br>[FILED UNDER SEAL] |

I, Matthew Thatcher, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, hereinafter "FBI", and have been so since 2009. I am currently assigned to the FBI Des Moines Resident Agency, hereinafter "DMRA", within the FBI Omaha field division where I work on white-collar criminal matters including public corruption and complex fraud schemes, and I have investigated a number of cases involving technical, digital, and cyber related evidence. Upon entering on duty as an FBI Special Agent, I attended and graduated from the FBI Academy in Quantico, Virginia. While at the FBI Academy, I received instruction in topics including legal, social media, and computers.

2. I have experience with cases involving the following crimes: violations of Title 18 of the United States Code, public corruption, homicide, sexual assault, arson, assault, mail fraud, wire fraud, bankruptcy fraud, trademark infringement, copyright infringement, theft of trade secrets, crimes against children, and the receipt, possession, production, advertisement, and transmission of child sexual abuse materials. I also have experience utilizing the following investigative

techniques and procedures: arrest warrants, consensual monitoring, examining digital evidence, executing search warrants, identification and collection of computer-related evidence, interviewing suspects, victims, and witnesses, search and seizure of computers, computer equipment, software, and electronically stored information, search and seizure warrants, surveillance, and information obtained from other agents, witnesses, and agencies.

3. During my career as a Special Agent of the FBI, I have had the opportunity to conduct, coordinate, and participate in numerous investigations involving computer-related crimes. I have participated in the execution of numerous search warrants conducted by the FBI and have participated in the seizure of valuable assets, to include virtual assets. I have also received experience and continuing education relating to Federal criminal procedures and Federal statutes.

4. This affidavit is based upon information I have gained through my training and experience, as well as information related to me by other individuals engaged in this investigation, including other law enforcement agents/personnel from FBI Omaha. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

5. Based on the facts in this affidavit, there is probable cause to believe that RYAN CHRISTOPHER KELLY, has committed a violation of Title 18, United States Code, Section 875(c) (Interstate Communication of a Threat).

## PROBABLE CAUSE

6. On April 18, 2023, at approximately 1:32 pm and 1:41 pm Central Daylight Time (CDT), the Governor's Formal Office in the Iowa State Capitol Building received two threatening voice messages, both of which were recorded, from the same telephone number with an area code (360) from the western part of Washington state (the "360 Cellphone").[1] These messages were received by a staff member of Governor Kim Reynolds. Shortly after receiving the two threatening messages, the staff member forwarded the messages via email to the Iowa State Patrol, hereinafter "ISP" District 16 supervision. An ISP Sergeant then forwarded the information to the Iowa Department of Public Safety, hereinafter "Iowa DPS", Intelligence Division to identify the caller. Iowa DPS then informed the FBI Omaha DMRA of the two threatening messages.

7. In the first recording, which was left at 1:32 pm, a male voice stated "Governor Kim Reynolds I can see you passed the child labor law early on the morning of Tuesday. I can tell you right now the citizens of your county and the immediate surrounding areas are not going to be happy with your decision. I can also tell you that people from other States and like-mindedness are going to be coming to your area to assassinate you...you have to the end of the week to make a decision...you have been warned Kim Reynolds your death is imminent if you do not change back those child labor laws." This excerpt was a portion of the recording. The entire recording, which I have reviewed, lasted approximately 1 minute and 42 seconds. A

---

[1] The full phone number is known to the FBI.

3

transcription has not yet been completed.

8.  In the second recording, which was left at 1:41pm, a different male voice stated "Uhh...Kim Reynolds, you put that law through at like 4:45 or whatever I saw on the news this morning. I'm going to tell you right now. This is not a threat so don't treat it like one. This is only because you have made a decision. Ms. Reynolds, Kim, your first name, we're going to kill you over the decision you made. We're going to kill you. End of story. We're going to kill you. Ok? It's not just me... Kim Reynolds is going to be dead at the end of the month. We're going to come there and we'll rip you apart limb from limb... You better watch your back. ... Have a good day because it might be your last." The entire recording, which I have reviewed, lasted approximately 3 minutes. A transcription has not yet been completed.

9.  Open source and law enforcement tools identified the 360 Cellphone as serviced by TextNow. FBI agents were able to obtain additional information for the 360 Cellphone and determine that the threatening calls were made from the vicinity of a specific residence in Concrete, WA (the "Subject Premises"). The FBI subsequently applied for and received authorization for a federal search warrant, from a Magistrate Judge in the Western District of Washington, to search the Subject Premises (the "Search Warrant").[2]

---

[2] The Search Warrant also included authorization to search and seize the 360 Cellphone.

10. Earlier today, April 24, at approximately 6:37 am Pacific Time, the Search Warrant was executed by the FBI at the Subject Premises. Ryan Christopher Kelly was located within the Subject Premises.

11. Kelly agreed to be interviewed by FBI Special Agents Dean Neubauer and Amber Mann in their vehicle parked outside the Subject Premises. The car doors were unlocked and remained unlocked for the duration of the interview. This interview was recorded, and Kelly was advised of such. Prior to walking to the vehicle, Kelly told the other occupants of the residence not to speak without a lawyer. Prior to entering the vehicle and activating the recorder Kelly was advised he was not under arrest and did not have to speak with law enforcement.

12. During the interview, Kelly confirmed his phone number was the 360 Cellphone. Kelly indicated he had woken up and saw that Iowa had passed the child labor bill and was upset. Kelly indicated he called the Iowa Governor and used two different accents using his own voice with the southern sounding accent being on the second call. Kelly indicated he is good at accents. Kelly demonstrated two accents one of which closely matched that of the voice in the first threatening voice message received by the Governor of Iowa. Kelly admitted to making the two phone calls to Governor Reynolds utilizing his Samsung S20 cellular telephone. Kelly stated that he hoped the calls would make Governor Reynolds change her mind regarding the child labor laws. Kelly indicated he wanted Governor Reynolds to know the citizens will react to what she is doing.

13. During the search of the Subject Premises, Kelly's Samsung S20 phone was located, and Kelly provided the code to unlock the phone. An initial onsite review of Kelly's cellular telephone phone revealed the TextNow app with the 360 Cellphone number.

14. Records obtained from the Washington State Department of Licensing identified RYAN CHRISTOPHER KELLY, with a date of birth in 1989, with a listed residence of the Subject Premises.

## CONCLUSION

Based on the facts and information presented above, your affiant believes RYAN CHRISTOPHER KELLY, has transmitted in interstate commerce a communication containing a threat to injure the person of another, namely the Governor of Iowa, Kim Reynolds. Wherefore, your affiant respectfully requests that an arrest warrant be issued for RYAN CHRISTOPHER KELLY for a violation of Title 18, United States Code, Section 875(c), interstate communication of a threat.

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Matthew Thatcher, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 24th day of April 2023.

_____
William P. Kelly
United States Magistrate Judge
Southern District of Iowa