AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:43 pm, Apr 24 2023

United States of America
v.
RYAN CHRISTOPHER KELLY

Case No. 4:23-MJ-311

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RYAN CHRISTOPHER KELLY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of a Threat, in violation of T. 18 U.S.C. § 875(c).

Date: April 24, 2023

*Issuing officer's signature*

City and state: Des Moines, Iowa    Willam P. Kelly, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/24/23, and the person was arrested on *(date)* 4/24/23
at *(city and state)* SEATTLE, WA

Date: 5/2/23

For FBI

*Arresting officer's signature*

Luke A. Peters, DUSM
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
3:12 pm, Apr 24 2023