IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

FILED
MAY 1 7 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-CR-084 |
| v. | INDICTMENT |
| RYAN CHRISTOPHER KELLY, | T. 18 U.S.C. § 875(c) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Interstate Communication of a Threat)**

On or about April 18, 2023, at approximately 1:32 pm, in the Southern District of Iowa and elsewhere, the Defendant, RYAN CHRISTOPHER KELLY, did knowingly transmit in interstate commerce a communication containing language the defendant knew to be a threat, and knowing that the communication would be viewed as a threat to injure the person or persons of another, in that defendant left a voice message for Victim Number 1, in which he stated, among other things, that "…people from other States and like-mindedness are going to be coming to your area to assassinate you."

This is a violation of Title 18, United States Code, Section 875(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Interstate Communication of a Threat)

On or about April 18, 2023, at approximately 1:41 pm, in the Southern District of Iowa and elsewhere, the Defendant, RYAN CHRISTOPHER KELLY, did knowingly transmit in interstate commerce a communication containing language the defendant knew to be a threat, and knowing that the communication would be viewed as a threat to injure the person or persons of another, in that defendant left a voice message for Victim Number 1, in which he stated, among other things, "…we're going to kill you over the decision you made. We're going to kill you. End of story. We're going to kill you."

This is a violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jason T. Griess
Assistant United States Attorney

2