IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN CHRISTOPHER KELLY,<br><br>Defendant. | Case No. 4:23-cr-084<br><br>**UNRESISTED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES** |

Defendant, Ryan Christopher Kelly, through counsel, moves for a continuance of the trial presently set for October 2, 2023, and a corresponding extension of all pretrial deadlines, including the deadline for filing pretrial motions and the plea entry deadline. In support of this motion, counsel states as follows:

1. On May 17, 2023, the government filed an indictment charging Mr. Kelly with two counts of interstate communication of a threat, in violation of 18 U.S.C. § 875(c).

2. The parties have been engaged in plea negotiations and expect this case can be resolved through a plea agreement. The government provided defense counsel a proposed plea agreement on September 22, 2023. Mr. Kelly, through counsel, requests a continuance of the current trial date and a corresponding extension of pretrial deadlines in order to permit the undersigned counsel time to confer about the plea agreement prior to the plea notification and plea entry deadlines. Mr. Kelly also requests additional time to prepare for trial in the event plea negotiations are unsuccessful.

3. This is the first request for a continuance of trial in this matter.

4. The government does not resist this motion.

5. Because the ends of justice served by granting this continuance outweigh the best interest of the public and Mr. Kelly in a speedy trial, the period would be excludable for speedy-trial purposes.[1]

WHEREFORE, defendant Ryan Christopher Kelly, respectfully requests a continuance of the current trial date to the trial setting commencing November 27, 2023, and asks the Court to grant a corresponding extension of all pretrial deadlines, including the deadline for filing pretrial motions and the plea entry deadline.

Respectfully submitted,

  /s/  Mackenzi J. Nash
Mackenzi J. Nash, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: mackenzi_nash@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

  /s/ Mindy Guynn

---

[1] Counsel has discussed with Mr. Kelly his speedy-trial rights, along with counsel's intent to file a motion to continue the current trial date. Based on that conversation, counsel believes that Mr. Kelly understands that if granted, this motion will result in the trial being moved to a later date, and that the time before that new trial date would be excludable under the Speedy Trial Act.