**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Ryan Christopher Kelly | Case No. 4:23-cr-00084-SMR-WPK-1<br><br>ORDER CONTINUING TRIAL |

At the request of the ⓓefendant/Government, _____ECF 32_____, trial in this case is continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

____ Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).

Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).

Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).

Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).

Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).

Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

✔ A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).

Other:_____

**New Trial Date and Deadlines:**

Trial Shall begin: November 27, 2023_____
A separate Order may be entered with requirements for trial preparation and specific motions.

Discovery Completed/Supplemented by:_____

Plea Notification Deadline:___November 6, 2023_____

Pretrial Motions Shall be Filed:_October 23, 2023_____

Plea Entry Deadline:___November 13, 2023_____;_____
Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.

Status Conference (Counsel Only) set:_____.

Final Pretrial Conference Set:_____
_____.

Dated this _26th_ day of _September, 2023_.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE