**United States District Court for the Southern District of Iowa**

Presiding: Honorable

Criminal No.                                          :                                    Clerk's Court Minutes – Plea

United States of America                  :          Gov. Atty(s):
        vs.                                 :          Def. Atty(s):
                                                         :          Court Reporter:
                                                         :          Interpreter:

Date:                                              :          Indictment      Superseding Indictment      Information
Time Start:                                      :          In      Count(s) – Code Violation:
Time End:                                        :

    Certified/Language Skilled interpreter sworn
    Consent to magistrate accepted
    Defendant sworn
    Defendant advised of potential perjury charges
    Plea agreement filed/to be filed
        Defendant understands                                       Defendant plea of guilty to Count(s):
        Defendant agrees                                  Court findings:
     There is no plea agreement to file                Factual basis      Voluntariness      Competency to Plea
    Defendant advised of nature of charges            Court will file a Report and Recommendation that the
    Defendant advised of elements                     defendant's plea be accepted as of the date of this
    Defendant satisfied with attorney                 hearing
    Defendant advised of penalties                    Counsel informed they have 14 days to file any
        Maximum fine/incarceration                        objection to Report and Recommendation
        Mandatory minimum fine/incarceration              Court accepts plea
        Forfeiture/restitution                            Court rejects plea
        Supervised release                                Offense Conduct Statement due:
            Maximum                                     PSR to be disclosed to counsel:
            Mandatory minimum                           Objections to PSR due:
        Mandatory Special Assessment                      Applicability of advisory guideline
    No promises made regarding sentence               to the Court due:
    Defendant advised of sentencing guidelines        Sentencing date:
    Defendant waives rights to jury trial                         Before:
    Defendant advised of right to persist in not guilty plea              In:                          Rm:
                                                                  Custody status:
                                                                      Detention
                                                                      Bond

Additional Information:

Deputy Clerk